**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**JOSEPH C. ALLEN, # 172053B,**      *

      *

        **Plaintiff,**      *

      *

**vs.**      * **CIVIL ACTION NO. 19-00182-JB-B**

      *

**LT. SMITH, *et al.*,**      *

      *

        **Defendants.**      *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 18, 2020 (Doc. 18) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** this 5th day of March, **2020.**

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE